1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 | RICHARD R. LAWLESS, | Case No. 5:22-cv-00148-JWH-SP |
|---|---|---|
| 12 | Plaintiff, | **JUDGMENT** |
| 13 | v. | |
| 14 | UNITED STATE OF AMERICA, | |
| 15 | Defendant. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the "Order Regarding Motion to Dismiss [ECF No. 28] and Motion to Dismiss Certification [ECF No. 29]" filed substantially concurrently herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The above-captioned action is **DISMISSED** for lack of subject matter jurisdiction.

2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 9, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE